B. C. YOUNG v. STATE.

No. A-1707.   Opinion Filed June 30, 1913.

Appeal from Stephens County Court;

W. H. Admire, Judge.

Wilkinson & Morris, for plaintiff in error.

PER CURIAM.  B. C. Young, plaintiff in error, was convicted of unlawfully selling one pint of whisky to H. S. Roberts, on October 4th, 1911, and in accordance with the verdict of the jury he was on January 22nd, 1912, sentenced to be confined in the county jail for thirty days and to pay a fine of fifty dollars, and he appeals.  No brief has been filed.  We have examined the record and find no error which will warrant a reversal of the judgment.  It is therefore affirmed.

---

EVERETT AUSTIN v. STATE.

No. A-1756.   Opinion Filed June 30, 1913.

Appeal from Ottawa County Court;

W. Y. Quigley, Judge.

Thompson & Mason, for plaintiff in error.

Chas. West, Atty. Gen., and C. J. Davenport, for the State.

Everett Austin was convicted of a violation of the prohibitory law, and appeals.  Affirmed.

PER CURIAM.  The plaintiff in error, Everett Austin, was convicted under an information which charged the unlawful sale of a half pint of alcohol.  It was the judgment and sentence of the court that he be confined in the county jail for ninety days and pay a fine of three hundred dollars.  The judgment and sentence was entered April 9, 1912.  To reverse the judgment this appeal is prosecuted. From an examination of the record it appears that the complaining witness was the only witness who testified in the case.  His testimony, that he purchased one half pint of alcohol from the plaintiff in error on the street, in Miami, Ottawa county, is uncontradicted.

Upon a careful examination of the record our conclusion is that this appeal is without merit.  It appears that the plaintiff in error had a fair trial.  The judgment of the county court of Ottawa county is affirmed.  Mandate forthwith.